ACCEPTED
15-25-00085-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/3/2025 3:42 PM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00085-CV

IN THE FIFTEENTH COURT OF APPEALS
HOUSTON, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/3/2025 3:42:18 PM
CHRISTOPHER A. PRINE
Clerk

Office of the Attorney General of Texas,
*Appellant,*

v.

James Blake Brickman, David Maxwell, J. Mark Penley, and Ryan M. Vassar,
*Appellees*.

On Appeal from the 250th District Court
of Travis County, Texas
Trial Court No. D-1-GN-20-006861

## APPELLANT'S MOTION TO DISMISS APPEAL

William S. Helfand
Texas State Bar No. 09388250
Lewis Brisbois Bisgaard & Smith LLP
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Telephone: 713.659.6767
Facsimile: 713.759.6830
Bill.Helfand@lewisbrisbois.com

ATTORNEYS FOR APPELLANT

159582910.3

In the interest of the public, Appellant, Office of the Attorney General of Texas (OAG) moves under Tex. R. App. P. 42.1(a)(1) to dismiss this appeal. In support, OAG shows the following:

1. OAG filed its Notice of Appeal in the 250th District Court of Travis County in Case No. D-1-GN-20-006861 on May 2, 2025.

2. This Court has authority to grant this motion under Texas Rule of Appellate Procedure 42.1(a)(1).

**PRAYER**

For the reasons above, Appellant OAG respectfully requests that this Court grant this motion and dismiss this appeal.

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ William S. Helfand*
William S. Helfand
Texas State Bar No. 09388250
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Telephone: 713.659.6767
Facsimile: 713.759.6830
Bill.Helfand@lewisbrisbois.com
ATTORNEYS FOR APPELLANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on all counsel of record through the Court's electronic filing system on the 3rd day of July, 2025.

/s/ *William S. Helfand*
William S. Helfand

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Dawn Garrard on behalf of William Helfand
Bar No. 9388250
Dawn.Garrard@Lewisbrisbois.com
Envelope ID: 102768239
Filing Code Description: Motion
Filing Description: Appellant's Motion to Dismiss Appeal
Status as of 7/3/2025 3:45 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Gregory Sapire | 791601 | gsapire@maynardnexsen.com | 7/3/2025 3:42:18 PM | SENT |
| Joseph Knight | 11601275 | jknight@ebbklaw.com | 7/3/2025 3:42:18 PM | SENT |
| Thomas Turner | 24043967 | tturner@cstrial.com | 7/3/2025 3:42:18 PM | SENT |
| Scott Deshazo | 24011414 | sdeshazo@dnaustin.com | 7/3/2025 3:42:18 PM | SENT |
| Laura Goodson | 24045959 | lgoodson@dnaustin.com | 7/3/2025 3:42:18 PM | SENT |
| Don Tittle | 20080200 | don@dontittlelaw.com | 7/3/2025 3:42:18 PM | SENT |
| Thomas Nesbitt | 24007738 | tom@nesbittlegal.com | 7/3/2025 3:42:18 PM | SENT |
| Carlos Soltero | 791702 | csoltero@maynardnexsen.com | 7/3/2025 3:42:18 PM | SENT |
| Dawn Garrard | | Dawn.Garrard@lewisbrisbois.com | 7/3/2025 3:42:18 PM | SENT |
| Roger Topham | 24100557 | rt@tophamlaw.com | 7/3/2025 3:42:18 PM | SENT |
| sean wood | | sean.wood@lewisbrisbois.com | 7/3/2025 3:42:18 PM | SENT |
| Erika Corona | | Erika.Corona@lewisbrisbois.com | 7/3/2025 3:42:18 PM | SENT |
| William S.Helfand | | bill.helfand@lewisbrisbois.com | 7/3/2025 3:42:18 PM | SENT |
| Joey AChavez | | jchavez@cstrial.com | 7/3/2025 3:42:18 PM | SENT |